WESTERN UNION TELEGRAPH CO. v. ATLANTA & W. P. R. CO.

(Circuit Court of Appeals, Fifth Circuit. April 2, 1918.)

No. 3136.

Appeal from the District Court of the United States for the Northern District of Georgia; William T. Newman, Judge.

Bill by the Western Union Telegraph Company against the Atlanta & West Point Railroad Company. From a decree dismissing the bill (243 Fed. 685), complainant appeals. Affirmed.

William L. Clay, of Savannah, Ga. (Rush Taggart and Albert T. Benedict, both of New York City, on the brief), for appellant.

Leon Weil, of Montgomery, Ala., and Saunders McDaniel, of Atlanta, Ga., for appellee.

Before WALKER and BATTS, Circuit Judges, and GRUBB, District Judge.

WALKER, Circuit Judge. Following rulings made in the cases of Western Union Telegraph Co. v. Louisville & Nashville Railroad Co., 250 Fed. 199, —— C. C. A. ——, and Western Union Telegraph Co. v. Nashville, Chattanooga & St. Louis Railway, 250 Fed. 207, —— C. C. A. ——, Circuit Court of Appeals, Fifth Circuit, present term, the decree dismissing the plaintiff's bill of complaint as it was amended is affirmed.

BATTS, Circuit Judge, not participating in the decision.